**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BEVERLY A. JONES, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-05-712 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY, | § | |
|     Defendant. | § | |

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On March 6, 2006, the parties consented to proceed before a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c), for all further proceedings, including trial and entry of final judgment. (Docket Entry #16). On December 30, 2005, Plaintiff filed a motion for summary judgment. (Docket Entry #13). On December 31, 2005, Defendant filed a motion for summary judgment. (Docket Entries #11, #12). On January 30, 2006, Defendant filed a response to Plaintiff's motion, which made the briefing complete. (Docket Entry #15).

After considering the pleadings, the evidence submitted, and the applicable law, the court ORDERS that Plaintiff's motion is GRANTED, and that Defendant's motion is DENIED.

A Memorandum and Order will follow.

SIGNED at Houston, Texas, this 31st day of March, 2006.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE