# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BEVERLY A. JONES, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-05-712 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF | § | |
| SOCIAL SECURITY, | § | |
|     Defendant. | § | |

## FINAL JUDGMENT

On March 6, 2006, the parties consented to proceed before a United States magistrate judge for all purposes, including the entry of a final judgment, under 28 U.S.C. § 636(c). (Docket Entry #16). On June 13, 2006, the court entered a memorandum and order disposing of the issues in this case and remanding the case to the Commissioner for further proceedings. (Docket Entry #19). Therefore, it is

ORDERED that this case is DISMISSED, without prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, this 14th day of June, 2006.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE